```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE FIGUEROA, on behalf of himself and :
all others similarly situated, :
                                  Plaintiff, :
                                               :  18-CV-10411 (VEC)
            -against- :
                                               :  ORDER
                                               :
BA&SH AMERICA CORP., :
                                               :
                            Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 8, 2019 (Dkt. 15), the parties filed a redacted version of their settlement agreement and proposed consent decree, requesting that the Court retain enforcement jurisdiction;

       WHEREAS on March 11, 2019 (Dkt. 16), the Court declined to retain jurisdiction unless the parties filed their entire agreement on ECF by March 13, 2019; and

       WHEREAS the parties have not filed any response to the Court's March 13 order;

       IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

**Date:  March 15, 2019**                                      _____
       **New York, New York**                              **VALERIE CAPRONI**
                                                                   **United States District Judge**